## RETURN COPY



**D8824872**

## CITATION

**DARRYL ASHCRAFT**
(Plaintiff)

**NUMBER C-717268 "29"**

**VS**

**19TH JUDICIAL DISTRICT COURT**

**CANTIUM, LLC, ET AL**
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:

CANTIUM, LLC
Through its registered agent for process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

I made service on the named party through the
CT Corporation

**APR 1 9 2022**

by tendering a copy of this document to
Ashley Minvielle

GREETINGS:

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 12, 2022.**



*Patricia Kilbourn*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MCGOWIN, JOSEPH**
*The following documents are attached:
ORIGINAL PETITION; REQUEST FOR NOTICE; JURY ORDER

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____        _____
TOTAL: $_____            Deputy Sheriff
                               Parish of East Baton Rouge

**CITATION-2000**

EXHIBIT

A

## RETURN COPY



**D8824880**

## CITATION

**DARRYL ASHCRAFT**
(Plaintiff)

**VS**

**CANTIUM, LLC, ET AL** 
(Defendant)

**NUMBER C-717268  "29"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

2022 APR 18 PM 2: 18
RECEIVED

**TO:**

ALLIANCE ENERGY SERVICES, LLC
c/o Registered Agent Roddy Boudreaux
11095 Highway 70373
Larose, Louisiana, 70373

**GREETINGS:**

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. 30 DAYS of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 12, 2022.**

*Patricia Richard*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: MCGOWIN, JOSEPH
*The following documents are attached:
ORIGINAL PETITION; REQUEST FOR NOTICE; JURY ORDER

**SERVICE INFORMATION:**

Received on the _____ day of _____
follows:                                                                                                              'e named party as
**PERSONAL SERVICE:** On the party herein nan

**DOMICILIARY SERVICE:** On the within name
_____, a person of suitable                                                                 ish in the hands of

**SECRETARY OF STATE:** By tendering same to

**DUE AND DILIGENT:** After diligent sea                                                        domicile, or anyone
legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _

SERVICE:$_____
MILEAGES:_____
TOTAL: $_____

LAFOURCHE SHERIFF'S RETURN
C-717268              Date: 04/19/22  Time: 14:04
Status:No Service
Served On: RODDY BOUDREAUX, ALLIANCE ENERGY
SERVICES, LLC
Address:
Served By: ROBICHAUX, APRIL
Due: $40.60          Invoice #: 22006863
Comments: MR RODDY BOUDREAUX IS NO LONGER
EMPLOYED WITH ALLIANCE ENERGY SERVICES.
Signature: *Deputy April Robichaux #1750*

EAST BATON ROUGE PARISH
Filed Mar 29, 2022 8:13 AM
Deputy Clerk of Court
E-File Received Mar 28, 2022 6:20 PM

C-717268
29

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE,
STATE OF LOUISIANA

NO. _____                                DIVISION _____

**DARRYL ASHCRAFT,**

VERSUS

**CANTIUM, LLC; ALLIANCE ENERGY SERVICES, LLC; and ABC INSURANCE
COMPANY(S)**

FILED: _____                                    _____
                                                                                    DEPUTY CLERK

## ORIGINAL PETITION

NOW INTO COURT through undersigned counsel comes DARRYL ASHCRAFT,
(hereinafter "Plaintiff"), complaining of CANTIUM, LLC; ALLIANCE ENERGY
SERVICES, LLC; and ABC INSURANCE COMPANY(S), and for cause of action would
respectfully show the Court the following:

**I.**

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this controversy and jurisdiction
over Defendants because Defendants had continuous and systematic contacts with the State of
Louisiana.

2.    Venue is proper in this Court pursuant to Article 42 of the Louisiana Code of
Civil Procedure because, upon information and belief, at all times material to this Petition
Defendant CANTIUM, LLC and/or Defendant ALLIANCE ENERGY SERVICES, LLC were
insured by ABC INSURANCE COMPANY(S). CANTIUM, LLC is a domestic limited
liability company with registered offices and/or principal business establishments located in
Baton Rouge, Louisiana. Defendants CANTIUM, LLC and/or Defendant ALLIANCE
ENERGY SERVICES, LLC were insured by ABC INSURANCE COMPANY(S), yet to be
identified foreign insurance companies, for all damages claimed by Plaintiff.

3.    This Court also has jurisdiction over this matter as Plaintiff is a seaman under
the Jones Act (46 U.S.C. § 688). *See* 28 U.S.C. § 1333. Further, it is well settled that this Jones
Act case is not removable. *Lackey v. Atlantic Richfield Co.*, 990 F.2d 202, 207 (5th Cir. 1993).

## II.

### PARTIES

4.      Plaintiff DARRYL ASHCRAFT is a Jones Act seaman and a person of full age and majority who resides in Texas.

5.      Defendant CANTIUM, LLC ("Cantium") is a Louisiana limited-liability company licensed to do business in the State of Louisiana. Defendant CANTIUM, LLC's primary business office is in Covington, Louisiana, and it may be served by and through its registered agent: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, Louisiana, 70816. Upon information and belief, Defendant CANTIUM, LLC was insured through a liability insurance policy issued by Defendant ABC INSURANCE COMPANY(S), yet to be identified foreign insurer.

6.      Defendant ALLIANCE ENERGY SERVICES, LLC ("ALLIANCE") is a Louisiana limited-liability company licensed to do business in the State of Louisiana. Defendant ALLIANCE's primary business office is in Larose, Louisiana, and it may be served by and through its registered agent: Roddy Boudreaux, 11095 Highway 70373, Larose, Louisiana, 70373. Upon information and belief, Defendant ALLIANCE was insured through a liability insurance policy issued by Defendant ABC INSURANCE COMPANY(S), yet to be identified foreign insurer.

7.      Defendant ABC INSURANCE COMPANY(S), upon information and belief, is a foreign insurance company that insured Defendant CANTIUM, LLC and/or Defendant ALLIANCE through a policy of general liability insurance at all times material hereto and is liable jointly, severally, and *in solido* with one or more Defendant for Plaintiff's alleged damages. Plaintiff reserves the right to amend this pleading to substitute the proper name of the insurer(s) once its identity is learned.

## III.

### FACTS

8.      This lawsuit is necessary because of personal injuries that Plaintiff sustained on or about April 24, 2021. At that time, Plaintiff was employed by ALLIANCE and was contracted by Defendant CANTIUM, LLC to perform a plug and abandon job.

9.    Upon information and belief, Plaintiff performed all his work with ALLIANCE offshore. Plaintiff lived, ate, and slept on the ALLIANCE lift boat at all times during the hitch in question. Upon information and belief, this incident occurred on or about the 11th day of the hitch. Further, Plaintiff had sailed aboard the ALLIANCE lift boat between multiple platforms as a member of its crew prior to the incident in question. Plaintiff performed a substantial amount of his work from the ALLIANCE vessel at the times and places material hereto.

10.    Upon information and belief, CANTIUM, LLC owned the oil production platform on which Alliance's lift boat was working when this incident occurred. Upon information and belief, CANTIUM, LLC supplied a Company Man for the work in question who directed, supervised, or otherwise controlled the work in question.

11.    During night shift on or about April 24, 2021, the weather began to worsen. A decision was made to raise the ALLIANCE lift boat further from the seas below. Unbeknownst to Plaintiff, as the lift boat was raised there was not sufficient slack given to the crane sling as the lift boat was raised. As a result, the sling—which was connected to the platform—tightened and eventually broke. The sling struck Plaintiff in the arm causing severe injuries and damages.

**IV.**

**CLAIMS AGAINST ALL DEFENDANTS**

12.    Plaintiff repeats and re-alleges each allegation contained above.

13.    The proximate, contributing, and legal causes of Plaintiff's injuries include the negligence and general maritime negligence of Defendants and the unseaworthiness of the vessel. Plaintiff is not at fault.

14.    Defendants' actions were negligent and grossly negligent under the general maritime law, and Defendant ALLIANCE's vessel was unseaworthy, causing injury and damages to the body and mind of Plaintiff, for the following non-exclusive reasons:

        a.    Failure to properly maintain, inspect, and/or repair the vessel and/or its equipment—specifically including, but not limited to, the slings and other lifting equipment involved in the lift in question;

        b.    Failure to provide property safety equipment— specifically including, but not limited to, the slings and other lifting equipment involved in the lift in question;

    c.  Failing to perform an adequate JSA;

    d.  Failure to properly secure vessel equipment;

    e.  Failing to respond to or heed complaints of unnecessary and dangerous hazards;

    f.  Failure to warn Plaintiff of danger;

    g.  Failing to maintain safe mechanisms for work on the vessel;

    h.  Failure to provide adequate hiring and/or training;

    i.  Unsafe design and configuration the area in which this event occurred;

    j.  Operating the vessel in an unsafe and improper manner;

    k.  Operating the crane in an unsafe and improper manner;

    l.  Unsafe and/or lack of safe policies, procedures, and training;

    m. Unsafe and inadequate supervision of the crew;

    n.  Failure to provide adequate safety equipment;

    o.  Failure to provide a safe work environment;

    p.  Instructing crewmembers to perform work in an unsafe manner;

    q.  Vicariously liable for their employees' and/or agents' negligence;

    r.  Violating their own safety rules, policies, and regulations;

    s.  Violating applicable Coast Guard, OSHA, BSEE rules, and/or other applicable rules and regulations; and

    t.  Other acts deemed negligent and grossly negligent.

15.    Defendants owed a duty consistent with the foregoing and breached each of the foregoing duties. These breaches were the proximate, contributing, and legal cause of Plaintiff's injuries. As a result of Defendants' negligence, Plaintiff suffered severe physical injury. Plaintiff is entitled to recover for his injuries. Additionally, Defendants' actions were done with a reckless disregard to a substantial risk of severe bodily injury. As such, Plaintiff is entitled to exemplary damages.

## V.

### PRAYER FOR RELIEF

16.    Defendants are liable unto Plaintiff for appropriate timely maintenance and cure for this on-the-job injury to its employee/seaman/plaintiff, as well as punitive and exemplary

damages, compensatory damages, and full and appropriate attorney fees for any dilatory, willful and malicious, and/or callous failure to pay for full amounts of healthcare of Plaintiff (cure), and full amounts of maintenance to Plaintiff.

17.    Defendants are also liable to pay damages to Plaintiff for past and future lost wages and other economic losses, pain, suffering, mental anguish, disfigurement, disability, loss of enjoyment of life, medical- and health-related costs, judicial interest, and costs, all to be paid in an amount reasonable in the premises.

18.    Specifically, as a direct and proximate result of Defendants' conduct, Plaintiff suffered severe and permanent injuries, including but not limited to, physical pain, mental anguish, and other harm, which have caused and will cause Plaintiff residual disability, past and future disfigurement, past and future pain and suffering, past and future mental anguish and distress, past and future loss of enjoyment of life, past and future medical expenses, past lost earnings, future loss of earning capacity, and past and future physical impairment. Plaintiff has been damaged in a sum far more than the minimum jurisdictional limits of this Honorable Court, for which he now sues.

19.    WHEREFORE, Plaintiff prays that Defendants be cited to appear and answer this Petition and that after due proceedings be had, that there be relief and judgment entered herein as follows:

        a.  Compensatory damages against Defendants;

        b.  Actual damages;

        c.  Consequential damages;

        d.  Pain and suffering;

        e.  Exemplary damages;

        f.  Past and future mental anguish;

        g.  Past and future impairment;

        h.  Past and future disfigurement;

        i.  Past and future economic loss;

        j.  Interest on damages (pre- and post-judgment) in accordance with the law;

        k.  Costs of Court;

l.  Expert witness fees;

m.  Costs of copies of depositions; and

n.  Such other and further relief as the Court may deem just and proper.

## VI.

### RESERVATION OF RIGHTS

20.    Plaintiff reserves the right to prove the amount of damages at trial and to amend

his Petition to add additional claims upon further discovery and as his investigation continues.

## VII.

### JURY TRIAL DEMAND

21.    Plaintiff hereby demands a trial by jury.

Respectfully Submitted,

ARNOLD & ITKIN LLP

*/s/ Joseph McGowin*
Joseph McGowin, Roll #39664
jmcgowin@arnolditkin.com
Roland Christensen, Roll #37440
rchristensen@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850
**e-service@arnolditkin.com**

**ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE**

CANTIUM, LLC
Through its registered agent for process:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

ALLIANCE ENERGY SERVICES, LLC
c/o Registered Agent Roddy Boudreaux
11095 Highway 70373
Larose, Louisiana, 70373

EAST BATON ROUGE PARISH
Filed Mar 29, 2022 8:13 AM
Deputy Clerk of Court
E-File Received Mar 28, 2022 6:20 PM

C-717268
29

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE,
STATE OF LOUISIANA

NO. _____                                DIVISION _____

**DARRYL ASHCRAFT,**

VERSUS

**CANTIUM, LLC; ALLIANCE ENERGY SERVICES, LLC; and ABC INSURANCE
COMPANY(S)**

FILED: _____                          _____
                                                                DEPUTY CLERK

## <u>REQUEST FOR NOTICE</u>

TO:    Clerk of Court
         East Baton Rouge Parish
         P.O. Box 1991
         Baton Rouge, LA  70821-1991

         Please take notice that the undersigned hereby requests written notice of the date set for

trial of the above-numbered and entitled cause as well as notice of hearings (whether on merits

or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken

by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of

Civil Procedure of 1960, particularly Articles 1572, 1913 and 1914.

                              Respectfully Submitted,

                              ARNOLD & ITKIN LLP

                              */s/ Joseph McGowin*
                              Joseph McGowin, Roll #39664
                              jmcgowin@arnolditkin.com
                              Roland Christensen, Roll #37440
                              rchristensen@arnolditkin.com
                              6009 Memorial Drive
                              Houston, TX 77007
                              Tel: 713.222.3800
                              Fax: 713.222.3850
                              **e-service@arnolditkin.com**

                              **ATTORNEYS FOR PLAINTIFF**

EAST BATON ROUGE PARISH
Filed Mar 29, 2022 8:13 AM
Deputy Clerk of Court
E-File Received Mar 28, 2022 6:20 PM

C-717268
29

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE,
STATE OF LOUISIANA

NO. _____                         DIVISION _____

## DARRYL ASHCRAFT,

### VERSUS

## CANTIUM, LLC; ALLIANCE ENERGY SERVICES, LLC; and ABC INSURANCE COMPANY(S)

FILED: _____                  _____
                                                         DEPUTY CLERK

### JURY ORDER

It is ordered that Plaintiff, Darryl Ashcraft, be and is hereby granted a trial by jury on all issues, conditioned upon a posting of bond for furnishing security in the amount of $_____ dollars.    The bond/or security is to be deposited with the Clerk of the Court within sixty (60) days prior to trial.

SIGNED this _____ day of _____, 2022.

**See Order Below**

_____
DISTRICT JUDGE

**"Let there be a trial by jury in the above
referenced matter upon the applicant for
jury posting a bond for jury costs in
accordance with the local rules of court
and pursuant to orders of the court
to be made at the pre-trial conference
of this matter."**

4/5/2022

_____          _____
DATE                            JUDGE, 19TH JUDICIAL DISTRICT COURT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DARRYL ASHCRAFT**                                    **CIVIL ACTION NO.:**

**VERSUS**
                                                       **DISTRICT JUDGE:**

**CANTIUM, LLC, ALLIANCE**
**ENERGY SERVICES, LLC, AND**
**ABC INSURANCE COMPANY(S)**                           **MAGISTRATE JUDGE:**

---

## UNSWORN DECLARATION OF CRAIG DICKERSON
## PURSAUNT TO 28 U.S.C. § 1746

I, Craig Dickerson, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and of sound mind to make this Declaration.

2. I am currently employed as a Well Site Manager with RWO, LLC ("RWO") and held this position on April 24, 2021, the date of Mr. Ashcraft's incident.

3. At the time of Mr. Ashcraft's incident, Cantium, LLC had contracted with RWO for various well site consulting and project management services.

4. As the Well Site Manager, I was the Cantium Representative, *i.e.* "Company Man," overseeing the plug and abandon job that was being performed on the CA- 30 at the time of Mr. Ashcraft's incident.

5. I was on the CA-30 when Mr. Ashcraft's alleged incident occurred and as such, I have personal knowledge of the incident and the work that was being performed by Alliance employees on the CA-30 on the night of the incident.

**EXHIBIT**

**B**

6. Given my employment as a Well Site Manager, I have personal knowledge of the platforms in the Main Pass Field and am familiar with the CA-30 platform. The CA-30 is an unmanned, fixed platform located in Main Pass Field 41 in the Gulf of Mexico.

7. The P&A job that was being performed at the time of Mr. Ashcraft's incident was performed on wellheads that are located on the platform.

8. The crane sling involved in the incident was attached to the vessel and the platform. The section of sling that broke was located on the platform.

9. Mr. Ashcraft was physically standing on the platform at the time of his incident. His injury occurred on the platform.

10. At the time Mr. Ashcraft's incident occurred, the Alliance lift boat was temporarily affixed to the seabed and was in the process of being raised further above the water.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2022.

Craig Dickerson, Declarant

# CANTIUM

GULF OF MEXICO REGION
## First Report of Injury or Occupational Illness

(Check One)   Cantium Employee ☐          Contractor (Rig Personnel): ☐          Contractor (Service Representative): ☑

## PERSONAL INFORMATION OF INJURED / ILLNESS

Last Name: Ashcraft          First Name: Darryl          MI.          Last 4 numbers of SS

Date of Birth: 1/15/1967          Home Phone: 979-224-8039          Male ☑  Female ☐

Street Address: 197 Kingswood Dr          City: Vanveleck          State: TX   Zip Code:

## TIME / DATE / LOCATION INFORMATION

Time of Incident: 19:00 (hh:mm)   Date of Incident: 4/24/2021 (month/day/year)

Facility / Rig / Vessel: L/B Charleston   Company: Alliance Liftboats   Operator: Cantium
OCS / State Lease: OCS-G 0374   Field: MP-41   Well No. CA-30

## EMPLOYER INFORMATION AND WORK EXPERIENCE

Employer: Alliance Energy Services, LLC.          Combo Operator   Years Experience: 17 years
                                                  Months / Years Experience with Current Employer: 2 months

Employer Address: 1264 Valhi Blvd.   City: Houma   State: LA   Zip Code: 70360
Employer Phone No: 985-851-8801   Fax:
Supervisor: Stephen Bankston

## INCIDENT DESCRIPTION          Weather Conditions - Fair

Describe how the injury / illness occurred:          Wind: 10 knts     Seas: 5'

Current Ops: Pulling Dry Hole Tree. Crane was attached to DHT with (2 qty) 4.1 ton Tiger Slings. Due to sea Crane Operator (Gilbert Spears) come to the front of liftboat & notified AES Supervisor (Stephen Bankston) that we needed to slack off crane & jack up due to seas hitting bottom of liftboat. AES IP (Darryl Ashcraft) & AES helper (Nathan Holliday) stayed on structure to disconnect chains that were securing walkway to structure. Crane Oper slacked off on sling 4' (did not remove slings from DHT) Crane Oper then got out of crane to assist AES Supervisor with walkway and disconnecting chains attaching walkway with L/B handrails. After all chains where disconnected Crane Oper notified Alliance L/B Mate (Phillip Coles) to begin jacking up. Crane Oper directed Mate to stop jacking at desired height. Walkway was secured with chains on structure side. When trying to slide pallets under the walkway on the liftboat side, they noticed the boat needed to jack up two more inches. At this time AES IP (Darryl Ashcraft) removed the chain securing walkway to structure back off. AES IP (Darryl Ashcraft) was standing near well had that the crane was attached. Crane Oper then notified the Mate to jack up L/B. When L/B was lifted the slings that were attached to crane and DHT parted striking AES IP (Darryl Ashcraft) in the arm leaving approximately 3" laceration above elbow & tricep area.

What Objects / Machinery / Tools were directly related to incident: Liftboat Jacking System, Crane, & two 4.1T Tiger Slings

Time Incident Reported: 19:15 (hh:mm)   Date Incident Report: 4/24/2021   To Whom Reported: Daniel Thornton

## INJURY / ILLNESS DESCRIPTION

Describe the Injury / Illness and the Body Parts Affected:

Large laceration above elbow & tricep area.

**EXHIBIT C**

Check the box (es) that describe the Personal Protective Equipment Injured person was wearing.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Safety Glasses | ☑ | Goggles | ☐ | Full Body Harness | ☐ | Apron | ☐ |
| Respirator | ☐ | Hard Hat | ☑ | Safety Footwear | ☑ | Gloves | ☑ |
| Face Shield | ☐ | Hearing Protection | ☐ | Work vest / Lifejacket | ☐ | Other: | N/A |

## TREATMENT OF INJURED / ILL PERSON
Check the Box (Boxes) that describe treatment:

| | | | | |
|---|---|---|---|---|
| None: | ☐ | Sent to Medical Facility | ☑ | Name of Individual Giving First Aid: _____ |
| Fist Aid: | ☑ | Refused Treatment: | ☐ | |

Medical Facility:     Terrebonne General Medical Center     Physician's Name: _____
Street Address:     8166 W Main St     City:     Houma     State:     LA
Phone No.:     (985) 873-4141

Was Injured / Ill hospitalized overnight? _____ Did individual return to work within 24 hrs? _____

## WITNESSES

Last Name:     Bankston     First Name     Stephen     MI:     L     Phone No:     985-969-7229
Street Address:     13067 Brickyard     City:     Independence     State:   LA   Zip Code:     70443
Employer:     Alliance Energy Serv.

Last Name:     Spears     First Name     Gilbert     MI:     R     Phone No:     985-335-5123
Street Address:     50450 L Jenkins Rd.     City:     Bogalusa     State:   LA   Zip Code:     70427
Employer: _____

Last Name: _____     First Name _____     MI: _____     Phone No: _____
Street Address: _____     City: _____     State: _____ Zip Code: _____
Employer: _____

## ON-SITE FOLLOW UP

After preliminary investigation concluded, describe additional information:

Operations are currently at a stand down until further investigations and RCA have been conducted.

| | |
|---|---|
| Company Representative:     Craig Dickerson | Clerk / Dispatcher: _____ |
| Date Reviewed:     4/24/2021 | Date Completed: _____ |

## OFFICE REVIEW

Comments / Remarks: _____

Date: _____ Name: _____     Title: _____

Comments / Remarks: _____

Date: _____ Name: _____     Title: _____

☐          ☐          ☐     ☐          ☐

**ALLIANCE**

| Customer: | Cantium |
|---|---|
| Vessel Name: | Charleston |
| Official #: | 1244722 |
| Date: | 4/24/21 |

Ph: 985-303-6568

**Daily Master Log**

PO BOX 440
Larose, LA 70373

Ph: 985-798-5700 Fax:

| off/on | Bnk | Passenger | Company | bst | lnc | sup | mnt | bnk |
|---|---|---|---|---|---|---|---|---|
| | Co | Jimmy Thornton | Cantium | x | x | | | |
| | Co | Craig Dickerson | Cantium | x | | | | |
| | 1 | Peter Stipelcovich | AES | x | x | | | |
| | 2 | Marcel Bourgeois | AES | x | x | | | |
| | 3 | Sonny Hebert | AES | x | x | | | |
| | 4 | Cameron Pellegrin | AES | x | x | | | |
| | 5 | Scott Hook | AES | x | x | | | |
| | 6 | Davis Hodge | AES | x | | | | |
| | 7 | Nathan Holliday | AES | x | | | | |
| | 8 | Darryl Ashorak | AES | x | | | | |
| | 9 | Stephen Bankston | AES | x | | | | |
| | 10 | Bryan Jasper | AES | x | | | | |
| | 11 | Gerard Hebert | Total Safety | x | x | | | |
| | 12 | Rogeno Rosario | GIS | x | x | | | |
| | 13 | | | | | | | |
| | 14 | | | | | | | |
| | 15 | | | | | | | |
| | 16 | | | | | | | |
| | 17 | | | | | | | |
| | 18 | | | | | | | |
| | 19 | | | | | | | |

**Departure / Arrival / Activity**

| Departure | Arrival | Activity | TOTAL |
|---|---|---|---|
| 0001  MP41 CA #47 | 1200  MP41 CA #47 | Working with P&A crew | PACs* |
| | | | 14 |

**Location Information**

| | | Weather | | Potable Water | Gallons |
|---|---|---|---|---|---|
| Area-Block-Platform | MP41 CA | Weather | Cloudy | Feet | Inches | Kips |
| Water Depth | 40 ft | Sea (state/direction) | 2-4'  SW | Port | 9 8 | Fuel | 5862 | 7.56 |
| Air Gap | 5 ft | Visibility (miles) | 10 | Stb | 9 0 | Water | 7044 | 1.55 |
| Orientation to Platform | NW side | Wind (kts/direction) | 10-15  SW | | | Deckload | 0 | |
| Vessel Heading | 104° | **Lube Oil (daily)** | | | | | |
| Leg Penetration | port | 1 ft | Lube oil start | 65 gal. | Total | 13628 | 156.1 |
| | stbd. | 1 ft | Lube oil used | gal. | **Total Lube Oil for Job** | | |
| | aft | 1 ft | Lube oil transferred off | gal. | Lube at Start of Job | 62 gal. | |
| Latitude (N) | 29 23.646  29.4 | Lube oil rec. tk. | gal. | Lube Used During Job | 23 gal. | |
| Longitude (W) | 89 00.637  -89.0 | Lube oil ending | gal. | Lube Rec. Tk.# | | |

**Fuel Sounding @ 2400**

| Tank | Feet | Inches | Gal. |
|---|---|---|---|
| Port #1 | 5 8 | | 723 |
| | | | 756 |
| Stb. #1 | 7 3 | | 303 |
| Total Fuel on Board | | | |

**Fuel (daily)** gallons

| | |
|---|---|
| Fuel Beginning | 5862 |
| Fuel used | 98 |
| Fuel transferred | |
| Fuel rec. Tk.# | |
| Fuel rec .Tk.# | |
| Fuel Ending | 5763 |

**Total Fuel for Job**

| | |
|---|---|
| Fuel at Start of Job | 6,805 gal. |
| Fuel used during job | 1,032 gal. |
| F.O.B. before reconciliation | 5,789 gal. |
| Fuel rec. Tk.# | gal. |
| F.O.B. end of job | 5,789 gal. |
| Lube at End of Job | 85 gal. |

**Alliance Crew**

| | | |
|---|---|---|
| 1 | Captain | Troy Walls |
| 2 | Mate | Phillip Coles |
| 3 | AB | Gilbert Spears |
| 4 | AB | Gary Haygood |
| 5 | AB | JP Wilson |
| 6 | Cook | Edward Alexander |
| 7 | Cook | Curtis Wilson |
| 8 | Captain | |
| 9 | Mate | |
| 10 | AB | |
| 11 | OS | |
| 12 | OS | |

**Vessel Charges**

| | | | |
|---|---|---|---|
| Daily Day Rate | 12 | @ $7,000.00 | $3,500.00 |
| Subsistence | 22 | @ $25.00 | $550.00 |
| Trash Compactor | 0 | @ $0.00 | $0.00 |
| Phone/Internet | 0 | @ $0.00 | $0.00 |
| Enviro Bags | 0 | @ $35.00 | $0.00 |
| Extended Services | 0 | @ $100.00 | $0.00 |
| Cook | 0 | @ $350.00 | $0.00 |
| Cook OT | 0 | @ $35.00 | $0.00 |
| Max Bandwidth | 0 | @ $115.00 | $0.00 |
| B/R OT | 0 | @ $35.00 | $0.00 |
| 2nd Crane Operator | 0 | @ $500.00 | $0.00 |
| Daily Cost | | | $4,050.00 |

Est. Job Completion:

Co. Man's Signature

Captain's Signature

*Troy Walls*

Troy Walls
Sat Apr 24 2021 06:18:10

Total # billed on catering ticket: 22  14  8  0  0  0

**Job Comments**

Alliance Job# 21-3716

**Vessel Comments**

AFE#:  X21015

4050

**CANTIUM, LLC**

Feld/Ptl/Well:  MP 41 CA-47
AFE:  X21014
Charge Code: 266-40
Approval:
Print Name:  Craig Dickerson
Date:  4/25/2020

**EXHIBIT**

**D**

**ALLIANCE**

| Customer: | Cantium |
|---|---|
| Vessel Name: | Charleston |
| Official #: | 1244722 |
| Date: | 4/24/21 |

**Daily Master Log**

PO BOX 440
Larose, LA 70373
Ph: 985-303-6568     Ph: 985-798-5700  Fax:

| Departure | | Arrival | | Activity | TOTAL |
|---|---|---|---|---|---|
| | | | | | PACs* |
| 1200 | MP41 CA #30 | 1900 | MP41 CA #30 | Working with P&A crew | 14 |
| 1900 | MP41 CA #30 | 2400 | MP41 CA #30 | Safety Stand Down | |

**Passenger list**

| | offon | Bnk | Passenger | Company | bst | lns | sup | mnt | bnk |
|---|---|---|---|---|---|---|---|---|---|
| | Co | | Jimmy Thornton | Cantium | | x | | | x |
| | Co | | Craig Dickerson | Cantium | x | x | x | | x |
| | 1 | | Peter Stipelcovich | AES | | x | | | x |
| | 2 | | Marcel Bourgeois | AES | | x | | | x |
| | 3 | | Sonny Hebert | AES | | x | | | x |
| | 4 | | Cameron Pellegrin | AES | | x | | | x |
| | 5 | | Scott Hook | AES | | x | | | x |
| | 6 | | Davis Hodge | AES | | x | x | x | |
| | 7 | | Nathan Holliday | AES | | x | x | x | |
| | 8 | | Darryl Ashorak | AES | | x | x | x | |
| | 9 | | Stephen Bankston | AES | | x | x | x | |
| | 10 | | Bryan Jasper | AES | | x | x | x | |
| | 11 | | Gerard Hebert | Total Safety | | x | | | x |
| | 12 | | Rogeno Rosario | GiS | | x | | | x |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |

Total # billed on catering ticket: 14   0   14   6   8

**Location Information** ☑

| | | |
|---|---|---|
| Area-Block-Platform | MP41 CA | |
| Water Depth | 40 | ft |
| Air Gap | .5 | ft |
| Orientation to Platform | NW | side |
| Vessel Heading | 104 | |
| Leg Penetration port | 1 | ft |
| stbd. | 1 | ft |
| aft | 1 | ft |
| Latitude (N) | 29 23.646 | 23.4 |
| Longitude (W) | 89 00.637 | 89.0 |

**Weather** ☑

| | | |
|---|---|---|
| Weather | Cloudy | |
| Sea (state/direction) | 2-4' | E |
| Visibility (miles) | 10 | |
| Wind (kts/direction) | 10-15 | E |

**Lube Oil (daily)** ☑

| | | |
|---|---|---|
| Lube oil start | 65 | gal. |
| Lube oil used | | gal. |
| Lube oil transferred off | | gal. |
| Lube oil rec. tk. | | gal. |
| Lube oil ending | 65 | gal. |

**Potable Water** ☑ Gallons

| | Feet | Inches | Kips |
|---|---|---|---|
| Port | 8 | 8 | 41.93 |
| Stb | 9 | 0 | |
| | | Fuel | 41.93 |
| | | Water | 113.2 |
| | | Deckload | 0 |
| Total | | | 155.4 |

**Total Lube Oil for Job** ☑

| | | |
|---|---|---|
| Lube at Start of Job | 62 | gal. |
| Lube Used During Job | | gal. |
| Lube Rec. Tk.# | | gal. |
| Lube at End of Job | 65 | gal. |

**Fuel Sounding @ 2400**

| Tank | Feet | Inches | Gal. |
|---|---|---|---|
| Port #1 | 5 | 6 | 2165 |
| | | | 0 |
| | | | 0 |
| Stb. #1 | 7 | 3 | 3501 |
| Total Fuel on Board | | | 5668 |

**Fuel (daily)** ☑ gallons

| | | |
|---|---|---|
| Fuel Beginning | 5763 | |
| Fuel used | 98 | |
| Fuel transferred | | |
| Fuel rec. Tk.# | | |
| Fuel rec .Tk.# | | |
| Fuel Ending | 5668 | |

**Total Fuel for Job** ☑

| | | |
|---|---|---|
| Fuel at Start of Job | 6,805 | gal. |
| Fuel used during job | 2,140 | gal. |
| F.O.B. before reconciliation | 5,665 | gal. |
| Fuel rec. Tk.# | | gal. |
| F.O.B. end of job | 5,665 | gal. |

**Alliance Crew** ☑

| | | |
|---|---|---|
| 1 | Captain | Troy Walls |
| 2 | Mate | Phillip Coles |
| 3 | AB | Gilbert Spears |
| 4 | AB | Gary Haygood |
| 5 | AB | JP.Wilson |
| 6 | Cook | Edward Alexander |
| 7 | Cook | Curtis Wilson |
| 8 | Captain | |
| 9 | Mate | |
| 10 | AB | |
| 11 | OS | |
| 12 | OS | |

**Vessel Charges** ☑

| | | | | |
|---|---|---|---|---|
| Daily Day Rate | 7 | @ | $7,000.00 | $2,041.67 |
| Subsistence | 34 | @ | $25.00 | $850.00 |
| Trash Compactor | 0 | @ | $0.00 | $0.00 |
| Phone/Internet | 0 | @ | $0.00 | $0.00 |
| Enviro Bags | 0 | @ | $35.00 | $0.00 |
| Extended Services | 0 | @ | $100.00 | $0.00 |
| Cook | 0 | @ | $350.00 | $0.00 |
| Cook OT | 0 | @ | $35.00 | $0.00 |
| Max Bandwidth | 0 | @ | $115.00 | $0.00 |
| B/R OT | 0 | @ | $35.00 | $0.00 |
| 2nd Crane Operator | 0 | @ | $500.00 | $0.00 |
| Daily Cost | | | | $2,891.67 |

Est. Job Completion:
Co. Man's Signature ☑

Captain's Signature ☑

*Troy Walls*
Troy Walls
Sat Apr 24 2021 18:03:04

**Job Comments**
Alliance Job# 21-3716

**Vessel Comments**

AFE#:

---

**CANTIUM, LLC**

| | |
|---|---|
| Feld/Ptl/Well: | MP 41 CA-30 |
| AFE: | X21015 |
| Charge Code: | 266-40 |
| Approval: | |
| Print Name: | Craig Dickerson |
| Date: | 4/25/2020 |

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. C-717268                                                    DIVISION: 29

**DARRYL ASHCRAFT**

**V.**

**CANTIUM, LLC, ALLIANCE ENERGY SERVICES, LLC, & ABC INSURANCE COMPANY(S)**

FILED: _____        _____

                                                         **DEPUTY CLERK**

**<u>NOTICE OF REMOVAL TO FEDERAL COURT</u>**

To:    Darryl Ashcraft
       Through His Attorneys of Record
       Joseph McGowan
       Roland Christensen
       Arnold & Itkin
       6009 Memorial Drive
       Houston, TX 77007

        **PLEASE TAKE NOTICE** that Cantium, LLC, defendant in the above numbered and

entitled cause, has on the 19th day of May 2022, filed with the United States District Court for

the Middle District of Louisiana its Notice of Removal of said above numbered and entitled Civil

Action to the United States District Court for the Middle District of Louisiana. A copy of said

Notice of Removal is served herewith upon you as counsel of record for Darryl Ashcraft. A copy

of said Notice is being filed with the Clerk of the aforesaid Court pursuant to 28 U.S.C. 1446(d).

                         Respectfully submitted:

                         **/s/   Constance C. Waguespack**
                         Robert R. Johnston, T.A. (#22442)
                         Constance C. Waguespack (#36416)
                         **PUSATERI, JOHNSTON, GUILLOT &
                         GREENBAUM, LLC**
                         1100 Poydras Street, Suite 2250
                         New Orleans, Louisiana 70163
                         Telephone: (504) 620-2500
                         Facsimile: (504) 620-2510
                         Robert.Johnston@pjgglaw.com
                         Constance.Waguespack@pjgglaw.com
                         **ATTORNEYS FOR CANTIUM, LLC**

**EXHIBIT**

**E**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by e-mail, hand delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid, on this 19th day of May 2022.


*/s/ Constance C. Waguespack*