UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRYL ASHCRAFT

VERSUS

CANTIUM, LLC, ET AL.

CIVIL ACTION

22-329-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated September 7, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is GRANTED IN PART and DENIED IN PART.

**IT IS ORDERED** that Plaintiff's Jones Act and general maritime claims brought against Alliance Energy Services, LLC is SEVERED from this action and REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Signed in Baton Rouge, Louisiana, on this 28 day of September, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 12.
[3] Rec. Doc. 6.